U.S. DISTRICT COURT
DISTRICT N.H.
FILED

2014 AUG 18 ... 26

Nicordo Jarrett

4 Roedean Drive
Apt 204 Nashua
Nh 03063

Dear Honorable Judge Paul Barbadoro,

I am requesting more time to seek legal counsel and complete my amended answer for my complaint against Hendrix Wire and cable, Now known as Marmon Utility. Respectfully I am asking the court to grant 30 days. I have been seeking counsel and I have not been able to find an attorney. I am prepared to continue at all cost to represent myself in the event I cannot find an attorney. Case 1:14-cv-00050-pb requires a lot of studying in employment and discrimination and understanding the law.

Nicordo Jarrett

603-233-5482